1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2       Including Professional Corporations
    PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
3   CRAIG A. PINEDO, Cal. Bar No. 191337
    Four Embarcadero Center, 17th Floor
4   San Francisco, California  94111-4109
    Telephone:     415-434-9100
5   Facsimile:     415-434-3947
    Email: patkinspattenson@sheppardmullin.com
6           cpinedo@sheppardmullin.com

7   HALL, ESTILL, HARDWICK, GABLE, GOLDEN &
    NELSON, P.C.
8   James J. Proszek, *Pro Hac Vice Pending*
    Kimberly R. Schutz, *Pro Hac Vice Pending*
9   320 South Boston Avenue, Suite 200
    Tulsa, OK  74103-3706
10  Telephone:  (918) 594-0400
    Facsimile:  (918) 594-0505
11
    Attorneys for Plaintiff
12  MCI COMMUNICATIONS SERVICES, INC., d/b/a
    VERIZON BUSINESS
13

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

18  MCI COMMUNICATIONS SERVICES,          Case No.  CV 08 3580 WHA
    INC., d/b/a VERIZON BUSINESS,
19
                 Plaintiff,                **CERTIFICATION OF INTERESTED
20                                          ENTITIES OR PERSONS**
         v.
21
    AMERICAN CIVIL CONSTRUCTORS
22  WEST COAST, INC. and CALTRANS,

23                 Defendants.

24

25          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

HALL, ESTILL,
HARDWICK, GABLE,
GOLDEN & NELSON,
P.C.

W02-WEST:5CP\400951792.1                                                COMPLAINT

1  substantially affected by the outcome of this proceeding:

2

| Name | Identification, relationship and interests |
|------|--------------------------------------------|
| MCI Communications Services, Inc., d/b/a Verizon Business Services | Plaintiff MCI Communications Services, Inc. d/b/a Verizon Business Services is a wholly-owned subsidiary of Verizon Business Network Services Inc. ("VBNS") |
| VBNS | VBNS is a wholly-owned subsidiary of MCI Communications Corporation ("MCC") |
| MCC | MCC is a wholly-owned subsidiary of Verizon Business Global LLC ("VBG"); |
| VBG | VBG is a wholly-owned subsidiary of Verizon Communications Inc.; |
| Verizon Communications Inc. | Verizon Communications Inc., is a publicly traded Delaware corporation with its principal place of business at 140 West Street, New York, New York 10007. |

Dated: July 24, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Craig Pinedo
                CRAIG A. PINEDO

Attorneys for Plaintiff MCI
COMMUNICATIONS SERVICES, INC., d/b/a
VERIZON BUSINESS

Hall, Estill,
Hardwick, Gable,
Golden & Nelson,
P.C.

W02-WEST:5CP\400951792.1        - 2 -        CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS