Clerk's Use Only
Initial for fee pd.:

Kimberly R. Schutz
Hall Estill Hardwick Gable Golden & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
(918) 594-0400

**ORIGINAL**

FILED
08 JUL 31 PM 2:
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,

    Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS,

    Defendant(s).

CASE NO. 08-03580 WHA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kimberly R. Schutz, an active member in good standing of the bar of Oklahoma, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff MCI Communications in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Craig A. Pinedo, SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4106
415-434-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/24/08

Kimberly R. Schutz

RECEIVED

08 JUL 31 PM 2: 02

RICHARD W. WIEKING

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS

Defendant(s).

CASE NO. 08-03580 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kimberly R. Schutz, an active member in good standing of the bar of Oklahoma whose business address and telephone number (particular court to which applicant is admitted) is

Hall Estill Hardwick Gable Golden & Nelson, P.C., 320 South Boston Ave., Suite 200, Tulsa, OK 74103-3706, (918) 594-0400

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff MCI Communications Services, Inc. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Hon. William H. Alsup
United States District   Judge
Northern District California