Clerk's Use Only

Initial for fee pd.:

Hall Estill Hardwick Gable Golden & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
(918) 594-0400

ORIGINAL

FILED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NORTHERN U.S. DISTRICT FILING
DISTRICT COURT
CALIFORNIA

MCI COMMUNICATIONS SERVICES,
INC., d/b/a VERIZON BUSINESS,

                              Plaintiff(s),

                 v.

AMERICAN CIVIL CONSTRUCTORS
WEST COAST, INC. and CALTRANS,

_____ Defendant(s). _____/

CASE NO.  68 - 03580  WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James J. Proszek,                    , an active member in

good standing of the bar of  Oklahoma                              , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiff MCI Communications        in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest

     court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

     Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

     become familiar with the Local Rules and the Alternative Dispute Resolution

     programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who

     maintains an office within the State of California has been designated as co-

     counsel in the above-entitled action. The name, address and telephone number of

     that attorney is:

     Craig A. Pinedo, SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
     4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4106
     415-434-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  7/24/08

RECEIVED

08 JUL 31  PM 2:02

UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT

Northern District of California

MCI COMMUNICATIONS SERVICES,
INC., d/b/a VERIZON BUSINESS

CASE NO.  08-03580 WHA

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS
WEST COAST, INC. and CALTRANS

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).

_____ /

James J. Proszek                                    , an active member in good standing of the bar of

Oklahoma                                         whose business address and telephone number

(particular court to which applicant is admitted)

is

Hall Estill Hardwick Gable Golden & Nelson, P.C., 320 South Boston Ave., Suite 200, Tulsa,
OK 74103-3706, (918) 594-0400
                                                                                                ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff MCI Communications Services, Inc.     .

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Hon. William H. Alsup
United States District    Judge
Northern District California

UNITED STATES DISTRICT COURT
For the Northern District of California