Kimberly R. Schutz
Hall Estill Hardwick Gable Golden & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
(918) 594-0400

**FILED**
08 AUG -5 AM 11: 26

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,

    Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS,

    Defendant(s).

CASE NO. 08-03580 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kimberly R. Schutz, an active member in good standing of the bar of see attached Exhibit A, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff MCI Communications in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Craig A. Pinedo, SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4106
415-434-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/4/08

*[signature: Kimberly R. Schutz]*

## STATE AND FEDERAL COURT ADMISSIONS
### Kimberly R. Schutz, OBA #18652

| | Court | Good Standing | Date Admitted |
|---|---|---|---|
| 1. | Oklahoma Supreme Court | Yes | 09/28/2000 |
| 2. | United States District Court for the Northern District of Oklahoma | Yes | 11/09/2000 |
| 3. | United States District Court for the Eastern District of Oklahoma | Yes | 06/03/2004 |
| 4. | United States Court of Appeals for the 10th Circuit | Yes | 08/11/2003 |



EXHIBIT A

372181.1:915100:00700