Clerk's Use Only

Initial for fee pd.:

James J. Proszek
Hall Estill Hardwick Gable Golden & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
(918) 594-0400

FILED
08 AUG -5 AM 11: 26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS,

Defendant(s).

CASE NO. 08-03580-WHA

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James J. Proszek, , an active member in good standing of the bar of see attached Exhibit A , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff MCI Communications in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Craig A. Pinedo, SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4106
415-434-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/4/08

## STATE AND FEDERAL COURT ADMISSIONS
### James J. Proszek, OBA #10443

| Court | Good Standing | Date Admitted |
|---|---|---|
| Oklahoma Supreme Court | Yes | 10/06/83 |
| United States District Court for the Northern District of Oklahoma | Yes | 11/15/83 |
| United States District Court for the Western District of Oklahoma | Yes | 01/29/85 |
| United States District Court for the Eastern District of Oklahoma | Yes | 01/02/86 |
| United States District Court for the Southern District of Illinois | Yes | 02/22/06 |
| United States District Court for the Central District of Illinois | Yes | 12/11/02 |
| United States District Court for the Northern District of Illinois (both General and Trial Bars), No. 90784243 | Yes | 07/18/91 |
| United States Court of Appeals for the Tenth Circuit | Yes | 07/23/84 |
| United States Court of Appeals for the Ninth Circuit | Yes | 06/26/98 |
| United States Court of Appeals for the Fourth Circuit | Yes | 06/12/02 |
| United States Court of Appeals for the Eleventh Circuit | Yes | 06/13/03 |
| United States Court of Appeals for the DC Circuit, No. 50762 | Yes | 08/24/06 |
| United States Court of Appeals for the Second Circuit | Yes | 10/04/07 |



EXHIBIT
A

262389.2:915100:00700