RECEIVED
08 JUL 31 PM 2:02
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

Northern District of California

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS

Defendant(s).

CASE NO. 08-03580 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James J. Proszek , an active member in good standing of the bar of Oklahoma whose business address and telephone number (particular court to which applicant is admitted) is

Hall Estill Hardwick Gable Golden & Nelson, P.C., 320 South Boston Ave., Suite 200, Tulsa, OK 74103-3706, (918) 594-0400

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff MCI Communications Services, Inc.     .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   August 7, 2008



IT IS SO ORDERED
Judge William Alsup