RECEIVED

08 JUL 31 PM 2:02

RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MCI COMMUNICATIONS SERVICES,
INC., d/b/a VERIZON BUSINESS

CASE NO. 08-03580 WHA

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS
WEST COAST, INC. and CALTRANS

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kimberly R. Schutz, an active member in good standing of the bar of Oklahoma whose business address and telephone number (particular court to which applicant is admitted) is

Hall Estill Hardwick Gable Golden & Nelson, P.C., 320 South Boston Ave., Suite 200, Tulsa, OK 74103-3706, (918) 594-0400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff MCI Communications Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   August 7, 2008



IT IS SO ORDERED
Judge William Alsup