| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | Craig A. Pinedo |
|  | 4 Embarcadero Center, 17th Floor |
| 3 | San Francisco, CA  94111-4106 |
|  | Telephone:  (415) 434-9100 |
| 4 | Facsimile:  (415) 434-3947 |

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
James J. Proszek, *Pro Hac Vice*
Kimberly R. Schutz, *Pro Hac Vice*
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505

Attorneys for Plaintiff
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS, | Case No.  CV 08 3580 WHA |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and CALTRANS, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, MCI Communications Services, Inc., d/b/a Verizon Business ("VzB"), hereby dismisses this action without prejudice.  Neither Defendant American Civil Constructors West Coast, Inc. nor Defendant CalTrans has served an answer or a motion for summary judgment.

HALL, ESTILL,
HARDWICK, GABLE,
GOLDEN & NELSON,
P.C.

| | | |
|---|---|---|
| 1 | Dated:  August 19, 2008 | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. |

By:   s/ James J. Proszek
James J. Proszek, *Pro Hac Vice*
Kimberly R. Schutz, *Pro Hac Vice*
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505

and

Craig A. Pinedo
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

**ATTORNEYS FOR PLAINTIFF
MCI COMMUNICATIONS SERVICES, INC.,
D/B/A VERIZON BUSINESS**

- 2 -

Case Name: *MCI Communications Services, Inc. vs. American Civil Constructors, et al.*
Case No.: **United States District Court Northern District No. CV 08-3580 WHA**

## PROOF OF SERVICE

I, the undersigned, say: I am, and was at all times herein mentioned, over the age of 18 years and not a party to the within action or proceedings; that my business address is 320 South Boston Avenue, Suite 200, Tulsa, Oklahoma 74103-3706; that on the date set forth below, I served the within NOTICE OF DISMISSAL WITH PREJUDICE on all parties in said action by:

__X__ E-FILING by electronically transmitting the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Bruce A. Behrens
>David Gossage
>Karl H. Schmidt
>Landa S. Morris
>Sammy Obaid
>Attorneys For Defendant CalTrans

__X__ MAIL by placing a true copy thereof enclosed in a sealed envelope for each person(s) named below, addressed as set forth immediately below the respective name(s), with postage thereon fully prepaid as first-class mail. I deposited the same in a mailing facility regularly maintained by the United States Post Office for the mailing of letters at my above-stated place of business:

>American Civil Constructors West Coast, Inc.
>c/o CT Corporation Systems
>818 West Seventh Street
>Los Angeles, CA  90017

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 19, 2008, at Tulsa, Oklahoma.

>s/ James J. Proszek

899047.1:915100:01510

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.